In the Matter of the Application of FRANK JOYCE, Respondent, v. HENRY E. BRUCKMAN, Chairman, and Others, Individually, and as Members Constituting the State Liquor Authority of the State of New York, Appellants.— Motion for leave to appeal to the Court of Appeals denied on the ground that the application is not made in time. (Civ. Prac. Act, § 589, subd. 1.) Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

In the Matter of the Estate of CHARLES W. OSTER, Deceased.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

JOSEPH DAVIS, Respondent, v. LORENZO'S INC., Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

In the Matter of the Judicial Settlement of the Accounts of WALTER F. HOFHEINS and Another, as Surviving Executors, etc., of FRANK RUSZKIEWICZ, Deceased.— Motion for reargument denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.

In the Matter of the Settlement of OLIVIA WRIGHT between the Town of Addison, Respondent, v. TOWN OF TUSCARORA, Appellant.— Motion for reargument denied, with ten dollars costs. [See 258 App. Div. 1034.] Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

JOHN A. MCCALL and KATHRYN J. MCCALL, as Administratrix, etc., of HAROLD MCCALL, Deceased, Respondents, v. HAZEL I. MCCALL, Appellant, Impleaded with FRANK MCCALL, Defendant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of CLYDE INGAMELLS to Compel the BOARD OF ELECTIONS OF OSWEGO COUNTY, NEW YORK, to Call and Provide for a New Election, etc.— Stay of execution of order of Appellate Division entered March 6, 1940, granted pending appeal to the Court of Appeals on condition that appeal be argued within ninety days. [See ante, p. 36.] Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of CHARLES D. WILCOX, Appellant, for an Order under Article 78 of the Civil Practice Act against HOLLAND J. SMITH and Others, as Supervisors, etc., Respondents.— Stay of execution of order of Appellate Division entered March 6, 1940, granted pending appeal to the Court of Appeals on condition that appeal be argued within ninety days. [See ante, p. 36, and p. 786.] Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.